FORM CACB van156–od13vdrr
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL
# OF CHAPTER 13 WITH RESTRICTIONS [11 U.S.C. §§ 109(g)(2) and 1307(b)]

**DEBTOR INFORMATION:**
Maria Rauda Menjivar

**BANKRUPTCY NO.** 2:16–bk–26227–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–3256
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 6/25/18

**Address:**
929 S California Ave
West Covina, CA 91790

Based on debtor's request and because this is a dismissal on request of the debtor after a motion for relief from the automatic stay has been filed, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law; and

(3) debtor is prohibited from filing any new bankruptcy petition within 180 days from the entry of this order.

Dated: June 25, 2018

BY THE COURT,

**Sandra R. Klein**
United States Bankruptcy Judge

Form van156–od13vdrr Rev. 06/2017

**39 – 38 / TDM**